Commonwealth *v.* McAdams, Appellant.

Submitted September 13, 1971. *Anne T. Welsh* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* McCall, Appellant.

Submitted September 13, 1971. *Richard J. Haber,* Assistant Public Defender, for appellant; *John E. Gallagher,* First Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.